10/10/2007 11:18  212-238-8999  MELITO&ADOLFSEN  PAGE 02/02
Received: Oct 10 2007 11:15am



# MELITO & ADOLFSEN P.C.

### ATTORNEYS AT LAW

LOUIS G. ADOLFSEN
IGNATIUS JOHN MELITO
JOHN H. SOMOZA
STEVEN G. ADAMS

MICHAEL F. BAZZI *
RYAN P. BLACKMER
DAVID DEPASQUALE
ROBERT D. ELY
ANDREW N. FLIGER

* NJ BAR
^ CT BAR

WOOLWORTH BUILDING
233 BROADWAY
NEW YORK, N.Y. 10279-0118

TELEPHONE (212) 238-8900
FAX (212) 238-8999

MELITO & ADOLFSEN
ONE EXCHANGE PLACE
SUITE 1000, PMB 1001
JERSEY CITY, N.J. 07302
TEL (201) 985-0011
FAX (201) 985-9656

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07**

October 10, 2007

**VIA FACSIMILE**
Hon. Judge Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
for the Southern District
Of New York
500 Pearl St., Room 1010
New York, NY 10007

Re:  *Specialty National Ins. Co. v English Brothers Funeral Home*
Docket No.:  07 CV 7507 (SHS)

Dear Judge Stein:

We are counsel for plaintiff Specialty National Ins. Co. ("Specialty") in the above matter, which is scheduled for an Initial Case Management Conference tomorrow October 10, 2007 at 11:00 a.m. Pursuant to my telephone conversation of this morning with Laura Blakely, I am writing to request an adjournment of the conference since defendant has not yet appeared in the action.

Specialty served its Complaint in this matter on defendant English Brothers Funeral Home on September 7, 2007 by mail with a Notice of Lawsuit and Request for Waiver of service of Summons. Pursuant to the request, defendant has sixty days to comply with the request. If it does not waive service by that time, we will formally serve defendant. Thank you.

Oct 10 conf adj to Nov 8 at 9:30 A.M.

Respectfully submitted,

SO ORDERED 10/10/07

John H. Somoza (JHS 1801)

JHS:js
59830

SIDNEY H. STEIN
U.S.D.J.