USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/8/07 ⟨?⟩

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

SPECIALTY NATIONAL INSURANCE CO.,     :     07 Civ. 7507 (SHS)

                Plaintiff,     :

        -against-     :     ORDER

ENGLISH BROTHERS FUNERAL HOME,     :

                Defendant.     :

----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        A pretrial conference having been held today, with only counsel for plaintiff appearing, and defendant not having been served but having been notified by plaintiff of the existence of today's conference,

        IT IS HEREBY ORDERED that the initial pretrial conference is adjourned to December 14, 2007, at 10:00 a.m.

Dated: New York, New York
       November 8, 2007

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.