**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

Specialty National Insurance Company,
    Plaintiff(s),

Index No. 06CV7507

-against-

AFFIDAVIT OF SERVICE

English Brothers Funeral Home,
    Defendant(s).

---

STATE OF NEW YORK  )
                           S.S.:
COUNTY OF NEW YORK)

      TIMOTHY M. BOTTI, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 14th day of November 2007, at approximately 12:50 p.m., deponent served a true copy of the **SUMMONS AND COMPLAINT FOR DECLARATORY JUDGMENT** upon English Brothers Funeral Home at 2203 Avenue Z, Brooklyn, NY 11235, by personally delivering and leaving the same with "John Doe"-refused to give his name, but he informed the deponent he was authorized to receive service at that address and he would give the papers to Frank Restivo, Owner/Director.

      "John Doe" is a white male, approximately 53 years of age, stands approximately 5 feet 11 inches tall and weighs approximately 190 pounds with black/gray hair and dark eyes wearing glasses.

**Statement of Service Fees**

The fee for serving the Summons and Complaint for Declaratory Judgment Totaled $125.00 which includes travel expense and the service charge.

_____
TIMOTHY M. BOTTI #843358

Sworn to before me this
20th day of November, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__08

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com