

December 11, 2007

**BY ECF**

Hon. Sidney H. Stein, U.S.D.J.
United States District Court
 Southern District of New York
Daniel Patrick Moynihan
 United States Courthouse
500 Pearl Street
Room 1010
New York, New York 10007

Re:   Specialty National Ins. Co. v. English Brothers Funeral Home
     (No. 1:07-cv-07507)

Our File:  MEP 10970

Dear Judge Stein:

Defendant English Brothers Funeral Home has retained this firm to represent it in this case. We shall be present for the preliminary conference scheduled by the Court for December 14, 2007 at 10:00. Plaintiff Specialty National Insurance Company personally served English Brothers on November 14, 2007. Counsel for Specialty National has agreed to allow English Brothers an extension until December 12, 2007 to answer. We ask the Court to allow this extension, and submit this letter with a "so ordered" legend should the Court wish to do so. Should the Court desire any further information, please call anytime. Thank you.

Respectfully submitted,

KENNEY SHELTON LIPTAK NOWAK LLP

Timothy E. Delahunt, Partner
*TEDelahunt@kslnlaw.com*

TED:mlw

**SO ORDERED**

cc (by ECF):

John H. Somoza, Esq.

_____
**Hon. Sidney H. Stein, U.S.D.J.**

KenneySheltonLiptakNowak LLP
a t t o r n e y s

BUFFALO CORNING NEW YORK ROCHESTER

14 Lafayette Square ◼ Rand Building Suite 510 ◼ Buffalo ◼ New York 14203 ◼ P 716 853 3801 ◼ F 716 853 0265 ◼ kslnlaw.com