UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SPECIALTY NATIONAL INSURANCE CO.,

    Plaintiff,

v.

ENGLISH BROTHERS FUNERAL HOME,

    Defendant.

No. 1:07-cv-07507 (SHS)

FILED ELECTRONICALLY

---

## CORPORATE DISCLOSURE STATEMENT

Defendant English Brothers Funeral Home, by and through its attorneys, Kenney Shelton Liptak Nowak LLP, states pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it has no parent corporation, and that no publicly traded corporation owns more than 10% of its stock.

Dated: December 11, 2007

Respectfully submitted,

KENNEY SHELTON LIPTAK NOWAK LLP

By: _____/s/_____
Timothy E. Delahunt, Esq.

510 Rand Building
14 Lafayette Square
Buffalo, New York 14203
Tel.: (716) 853-3801
Fax: (716) 853-0265
E-Mail: tedelahunt@kslnlaw.com

*Attorneys for defendant English Brothers Funeral Home*