```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SPECIALTY NATIONAL INSURANCE CO.,        :        07 Civ. 7507 (SHS)

                Plaintiff,        :

     -against-        :        ORDER

ENGLISH BROTHERS FUNERAL HOME,        :

                Defendant.        :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    The next conference is scheduled for April 25, 2008, at 10:00 a.m.; and

    2.    The last day for completion of discovery is April 25, 2008.

Dated: New York, New York
       December 14, 2007

                            SO ORDERED:

                            _____
                            Sidney H. Stein, U.S.D.J.