**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| Specialty National Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No.   07 CV 7507 |
| | ) | |
| English Brothers Funeral Home, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 31, 2007, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

                                    /s/
                           John H. Somoza, Esq. (JS 1801)
                           MELITO & ADOLFSEN P.C.
                           Attorneys for Plaintiff
                           Specialty National Insurance Company
                           233 Broadway, 28th Floor
                           New York, New York  10279
                           (212) 238-8900

Dated:  December 31, 2007