UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No.: 07-CV-07507 (SHS)

SPECIALTY NATIONAL INSURANCE COMPANY,
                Plaintiff,

-against-

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

ENGLISH BROTHERS FUNERAL HOME,

                Defendant.

**PURSUANT TO RULE 1.3(c)** of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, John H. Somoza, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    Robert Brunner, Esq.
    BOLLINGER, RUBERRY & GARVEY
    Specialty National Insurance Company
    500 West Madison Street, Suite 2300
    Chicago, Illinois 60661
    Tel. No.: (312) 466-8000

Robert Brunner is a member in good standing of the bars of the State of Illinois. There are no pending disciplinary proceedings against Robert Brunner in any State or Federal court.

Dated: January 22, 2008
       New York, New York

                                Respectfully submitted,

                                John H. Somoza (JHS-1801)
                                Eleftherios Kravaris (EK-4579)
                                Melito & Adolfsen P.C.
                                233 Broadway—28th Floor
                                New York, New York 10279
                                Tel: (212) 238-8900
                                Fax: (212) 238-8999

To:   Tim Delahunt
      Kenney, Shelton, Liptak, Nowak, LLP
      *Attorneys for Defendant*
      Rand Building, Suite 510
      14 Lafayette Square
      Buffalo, New York 14203

*59895*

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Case No.: 07-CV-07507 (SHS) |

SPECIALTY NATIONAL INSURANCE  )
COMPANY,                       )
               Plaintiff,      )
  -against-                   )    **AFFIRMATION IN SUPPORT OF**
                                 )    **JOHN H. SOMOZA IN SUPPORT**
ENGLISH BROTHERS FUNERAL HOME, )    **OF MOTION TO ADMIT**
                                 )    **COUNSEL PRO HAC VICE**
               Defendant.   )

State of New York  )
                  ) ss:
County of New York )

    John H. Somoza, being duly sworn, hereby deposes and says as follows:

    1.    I am a member of Melito & Adolfsen P.C., counsel for plaintiff, Specialty National Insurance Company in the captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of plaintiff's motion to admit Robert Brunner of the law firm BOLLINGER, RUBERRY & GARVEY as counsel *pro hac vice* to represent plaintiff in this matter.

    2.    I am a member in good standing of the bar of the State of New York and was admitted to practice law in New York on March 17, 1980. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

    3.    Robert Brunner is an attorney with the law firm of Bollinger, Ruberry & Garvey, located in Chicago, Illinois.

    4.    I have worked closely with Mr. Brunner's firm for more than seven years and during that time have found every one of the several attorneys with whom we have worked to be skilled attorneys of the highest integrity. I previously worked with Mr. Brunner in connection

2

with another New York-based litigation and found Mr. Brunner also to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

    5. Accordingly, I am pleased to move for the admission of Robert Brunner, *pro hac vice*.

    6. I respectfully submit a proposed order granting the admission of Robert Brunner, *pro hac vice*, which is attached hereto as Exhibit A.

**WHEREFORE** it is respectfully requested that the motion to admit Robert Brunner, *pro hac vice,* to represent plaintiff in the captioned matter, be granted.

Respectfully submitted,

_____
John H. Somoza (JHS-1801)

*59896*

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Robert William Brunner, II

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on February 4, 1991 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Monday, January 14, 2008.

*Juleann Hornyak*

Clerk

## CERTIFICATE OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

    I, Eleftherios Kravaris, hereby certify that on this 22nd day of January 2008, I caused true and correct copies of the foregoing **MOTION TO ADMIT COUNSEL PRO HAC VICE, AFFIRMATION IN SUPPORT OF JOHN H. SOMOZA IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE with PROPOSED ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** to be served by First Class Mail upon:

Tim Delahunt
Kenney, Shelton, Liptak, Nowak, LLP
*Attorneys for Defendant*
Rand Building, Suite 510
14 Lafayette Square
Buffalo, New York 14203

                                                              **ELEFTHERIOS KRAVARIS (EK-4579)**

59895

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Case No.: 07-CV-07507 (SHS) |

SPECIALTY NATIONAL INSURANCE COMPANY,

      Plaintiff,

-against-

ENGLISH BROTHERS FUNERAL HOME,

      Defendant.

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

  Upon the motion of John H. Somoza, Esq., attorney for plaintiff, Specialty National Insurance Company and said sponsor attorney's affidavit in support;

  **IT IS HEREBY ORDERED that:**

    Robert Brunner, Esq.
    BOLLINGER, RUBERRY & GARVEY
    Specialty National Insurance Company
    500 West Madison Street
    Suite 2300
    Chicago, Illinois 60661
    Tel. No.: (312) 466-8000
    robert.brunner@brg-law.net

is admitted to practice *pro hac vice* as counsel for plaintiff, Specialty National Insurance Company in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____, 2008

                          United States District/Magistrate Judge

59897