## CERTIFICATE OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

    I, Eleftherios Kravaris, hereby certify that on this 5th day of February 2008, I caused true and correct copies of the foregoing **Rule 26 Disclosure** to be served by First Class Mail upon:

    Tim Delahunt

    Kenney, Shelton, Liptak, Nowak, LLP
    *Attorneys for Defendant*
    Rand Building, Suite 510
    14 Lafayette Square
    Buffalo, New York 14203


                                                       /s
                                      **ELEFTHERIOS KRAVARIS (EK-4579)**