```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Case No.: 07-CV-07507 (SHS)

SPECIALTY NATIONAL INSURANCE  )
COMPANY,                      )
         Plaintiff,     )
  -against-                   )   **ORDER FOR ADMISSION PRO**
                                           )   **HAC VICE ON WRITTEN MOTION**
ENGLISH BROTHERS FUNERAL HOME, )
         Defendant.     )

    Upon the motion of John H. Somoza, Esq., attorney for plaintiff, Specialty National Insurance Company and said sponsor attorney's affidavit in support;

    **IT IS HEREBY ORDERED that:**

        Robert Brunner, Esq.
        BOLLINGER, RUBERRY & GARVEY
        Specialty National Insurance Company
        500 West Madison Street
        Suite 2300
        Chicago, Illinois 60661
        Tel. No.: (312) 466-8000
        robert.brunner@brg-law.net

is admitted to practice *pro hac vice* as counsel for plaintiff, Specialty National Insurance Company in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: 2/5/08 , 2008

                                                              United States District ~~Magistrate Judge~~

59897