UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08
```

------------------------------------------------------------x

SPECIALTY NATIONAL INSURANCE CO.,  :   07 Civ. 7507 (SHS)

               Plaintiff,  :

   -against-  :   ORDER

ENGLISH BROTHERS FUNERAL HOME,  :

              Defendant.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    Plaintiff's motion for summary judgment is due on or before May 9, 2008;

    2.    Defendant's cross motion for summary judgment and its opposition to plaintiff's motion for summary judgment is due on or before June 6, 2008;

    3.    Plaintiff's opposition to defendant's cross motion for summary judgment and its reply to its motion for summary judgment is due on or before July 7, 2008; and

    4.    Defendant's reply to its cross motion for summary judgment is due on or before July 21, 2008.

Dated: New York, New York
       April 25, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.