## CERTIFICATE OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

I, Eleftherios Kravaris, hereby certify that on this 8th day of May 2008, I caused true and correct copies of the foregoing PLAINTIFF'S LOCAL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS to be served by First Class Mail upon:

Tim Delahunt
Kenney, Shelton, Liptak, Nowak, LLP
*Attorneys for Defendant*
Rand Building, Suite 510
14 Lafayette Square
Buffalo, New York 14203


_____
ELEFTHERIOS KRAVARIS (EK-4579)

65622