UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SPECIALTY NATIONAL INSURANCE COMPANY,        Civil Action No.:
                                                                              07-CV--07507 (SHS)
　　　　　　　　　Plaintiff,

　　-against-                                                      NOTICE OF MOTION
                                                                              FOR SUMMARY
ENGLISH BROTHERS FUNERAL HOME,              JUDGMENT

　　　　　　　　　Defendant.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that pursuant to the order of the Honorable Sidney H. Stein entered on April 25, 2008, directing plaintiff Specialty National Insurance Company ("Specialty") to serve and file the motion herein on or before May 9, 2008, the Local Civil Rule 56.1 Statement of Undisputed Facts with exhibits annexed thereto and the accompanying memorandum of law, Specialty will move this Court at a time and date to be determined once the motion has been fully briefed, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, for an order (i) granting Specialty's motion for summary judgment pursuant to FRCP 56 in its entirety, and declaring that Specialty has no duty to defend or indemnify the defendant English Brothers Funeral Home ("English Brothers") with regard to numerous lawsuits alleging intentional and fraudulent acts arising from the illegal harvesting of body parts from corpses and (ii) granting such other and further relief as this Court deems just and proper.

Dated:　New York, New York
　　　　　May 8, 2008

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　Eleftherios Kravaris, Esq. (EK 4579)
　　　　　　　　　　　　　　　　　　　　John H. Somoza, Esq. (JS 7801)
　　　　　　　　　　　　　　　　　　　　MELITO & ADOLFSEN P.C.
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　Specialty National Insurance Company
　　　　　　　　　　　　　　　　　　　　233 Broadway, 28th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY  10279
　　　　　　　　　　　　　　　　　　　　(212) 238-8900
　　　　　　　　　　　　　　　　　　　　-and-

Robert Brunner, Esq.
BOLLINGER, RUBERRY & GARVEY
Attorneys for Plaintiff
Specialty National Insurance Company
500 West Madison Street
Suite 2300
Chicago, Illinois 60661
(312) 466-8000

65624