## CERTIFICATE OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

    I, Eleftherios Kravaris, hereby certify that on this 8th day of May 2008, I caused true and correct copies of the foregoing **Notice of Motion** to be served by First Class Mail upon:

    Tim Delahunt
    Kenney, Shelton, Liptak, Nowak, LLP
    *Attorneys for Defendant*
    Rand Building, Suite 510
    14 Lafayette Square
    Buffalo, New York 14203

_____
**ELEFTHERIOS KRAVARIS (EK-4579)**

65622