## CERTIFICATE OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

    I, Eleftherios Kravaris, hereby certify that on this 8th day of May 2008, I caused true and correct copies of the foregoing **PLAINTIFF'S SPECIALTY NATIONAL INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF LAW IN SUPPORT THEREOF** to be served by First Class Mail upon:

Tim Delahunt
Kenney, Shelton, Liptak, Nowak, LLP
*Attorneys for Defendant*
Rand Building, Suite 510
14 Lafayette Square
Buffalo, New York 14203


_____
ELEFTHERIOS KRAVARIS (EK-4579)