# Exhibit 2

**Westlaw.**                                                                                   **NewsRoom**

4/29/08 STATENISADV A02                                                                         Page 1


4/29/08 Staten Island Advance (Staten Island, NY) A02
2008 WLNR 8005189

Staten Island Advance (Staten Island, NY)
Copyright 2008 Staten Island Advance. All Rights Reserved.

**April 29, 2008**

Section: Crime


Island man convicted in sale of body parts
FRANK DONNELLY
STATEN ISLAND ADVANCE

New Springville resident found guilty of 20 counts, and now faces up to 60 years in prison

A New Springville man was convicted yesterday of secretly cutting up corpses - including that of "Masterpiece Theatre" host Alistair Cooke - as part of a multimillion-dollar body parts scheme.

Christopher Aldorasi, 35, was found guilty of 20 criminal counts, including enterprise corruption at a trial in Brooklyn. The defendant, who chose to have state Supreme Court Justice Albert Tomei hear his case instead of a jury, faces up to 60 years in prison and up to 25 years on the most serious charges. He will be sentenced May 28.

"The victims of this conspiracy can finally begin to rest in peace, since one more of the monsters who defiled their corpses has been convicted," said Charles J. Hynes, Brooklyn district attorney.

Aldorasi's lawyer said he would appeal on jurisdictional and other grounds.

"No elements of the (alleged) crimes occurred in New York state," Robert Koppelman of Manhattan said, adding the case should have been tried in New Jersey or Florida.

Accused mastermind Michael Mastromarino was the owner of Biomedical Tissue Services, a New Jersey company that shipped bones, skin and tendons to tissue processors such as Regeneration Technologies Inc., LifeCell Corp. and Tutogen Medical Inc. About 10,000 people received tissue supplied by BTS.

Some of the money for the tissue was sent from Florida to New Jersey, said Koppelman.


© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

Prosecutors had alleged that Aldorasi and other so-called "cutters," working in tandem with unscrupulous funeral parlor owners, took the parts without family permission, then sold them for use in transplants and other medical procedures.

Aldorasi is one of two borough residents charged in the scheme, which trafficked more than 1,000 body parts for the lucrative transplant market and raked in millions of dollars since 2001.

The other Staten Islander, Rossville resident Joseph Nicelli, 52, a former Brooklyn-based mortician, is recovering from a head injury. He has been removed from the case and granted a separate trial.

Mastromarino, 44, a former oral surgeon, cut a plea deal last month. He admitted that he didn't get consent for any of the hundreds of bodies he plundered from 2001 to 2005.

Mastromarino faces between 18 and 54 years for his ghoulish crimes, when he is sentenced May 21, possibly putting him behind bars for the rest of his life.

A fourth defendant, Lee **Cruceta**, 35, of upstate Monroe, another cutter, previously pleaded guilty and testified against Aldorasi. He awaits sentencing.

Prosecutors said Mastromarino paid funeral directors $1,000 per corpse, then sold the parts to tissue banks. The body parts fetched up to $10,000 a piece, though the tissue banks resold them to hospitals for many times that amount.

Associated Press material was used in this report.

Frank Donnelly is a news reporter for the Advance. He may be reached at fdonnelly@siadvance.com.

---- INDEX REFERENCES ----

COMPANY: BANQUE TUNISIENNE DE SOLIDARITE; RTI BIOLOGICS INCORPORATION; TUTOGEN MEDICAL INC; LIFECELL CORP

NEWS SUBJECT:   (Legal (1LE33))

REGION:   (North America (1NO39); New Jersey (1NE70); Florida (1FL79); New York (1NE72); Americas (1AM92); USA (1US73))

Language:   EN

OTHER INDEXING:   (BIOMEDICAL TISSUE SERVICES; BTS; JUSTICE ALBERT TOMEI; LIFECELL CORP; REGENERATION TECHNOLOGIES INC; SUPREME COURT; TUTOGEN MEDICAL INC) (Accused; Aldorasi; Alistair Cooke; Charles J. Hynes; Christopher Aldorasi; Frank Donnelly; Island; Joseph Nicelli; Koppelman; Lee Cruceta; Mastromarino; Michael Mastromarino; Prosecutors; Robert Koppelman)

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

4/29/08 STATENISADV A02                                                                 Page 3

```
Word Count: 583
4/29/08 STATENISADV A02
END OF DOCUMENT
```

© 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

4/29/08 STATENISADV A02                                                                 Page 3