## CERTIFICATION OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

I, Eleftherios Kravaris, hereby certify that on this 7th day of July 2008, I caused true and correct copies of the foregoing Plaintiff Joint Opposition to Defendant's Cross Motion For Summary Judgment and Reply in Support of Plaintiff's Motion for Summary Judgment to be served by First Class Mail upon:

       Tim Delahunt
       Kenney, Shelton, Liptak, Nowak, LLP
       *Attorneys for Defendant*
       Rand Building, Suite 510
       14 Lafayette Square
       Buffalo, New York 14203

                                          ELEFTHERIOS KRAVARIS (EK-4579)