## CERTIFICATION OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

I, Eleftherios Kravaris, hereby certify that on this 7th day of July 2008, I caused true and correct copies of the foregoing Motion to Strike the Affidavit of Frank Restivo to be served by First Class Mail upon:

Tim Delahunt
Kenney, Shelton, Liptak, Nowak, LLP
*Attorneys for Defendant*
Rand Building, Suite 510
14 Lafayette Square
Buffalo, New York 14203

_____
ELEFTHERIOS KRAVARIS (EK-4579)

2