CERTIFICATION OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

I, Eleftherios Kravaris, hereby certify that on this 7th day of July 2008, I caused true and correct copies of Plaintiff's Response to Defendant's Counter Statement of Material Facts to be served by First Class Mail upon:

    Tim Delahunt
    Kenney, Shelton, Liptak, Nowak, LLP
    *Attorneys for Defendant*
    Rand Building, Suite 510
    14 Lafayette Square
    Buffalo, New York 14203

                                        _____
                                        ELEFTHERIOS KRAVARIS (EK-4579)